IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE CAMPOS,

        Plaintiff,                   No. 2:10-cv-2825 GEB JFM (PC)

   vs.

SALINAS, Warden, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The court issued findings and recommendations on February 10, 2011 recommending dismissal of this action due to plaintiff's failure to keep the court apprised of his current address. Plaintiff has filed timely objections. Accordingly, the findings and recommendations will be vacated.

        Plaintiff has also filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint or obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The February 10, 2011 findings and recommendations are vacated;

2. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application form. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: June 9, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;camp2825.3e+vac.fr